FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ZEOLI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No.   2:17-CV-00262-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' stipulated Motion for Protective Order, ECF No. 31, and related motion to expedite, ECF No. 32. Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulated Protective Order, ECF No. 31, is approved and incorporated in this Order by reference.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' stipulated Motion for Protective Order, **ECF No. 31**, and related motion to expedite, **ECF No. 32**, are **GRANTED**.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge