FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ZEOLI, | No.   2:17-cv-00262-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On April 23, 2019, the parties filed a stipulated dismissal, ECF No. 69. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1.    The parties' Stipulation and Order for Dismissal, **ECF No. 69**, is **GRANTED**.

2.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3.    All pending motions are **DENIED AS MOOT**.

4.    All hearings and other deadlines are **STRICKEN**.

5.    The Clerk's Office is directed to **CLOSE** this file.

//

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of April 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge